FILED 03 DEC '24 12:23 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:24-cr-00446-HZ |
| v. | **INDICTMENT** |
| **FREDI ALEXI MELENDEZ-DIAZ,** | 8 U.S.C. § 1326(a) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
### (Illegal Reentry)
### (8 U.S.C. § 1326(a))

On or about October 24, 2024, in the District of Oregon, the defendant, **FREDI ALEXI MELENDEZ-DIAZ**, an alien and citizen of Honduras, was found in the United States having previously been arrested and denied admission, excluded, deported, and removed from the United States as an alien most recently on May 24, 2023, and defendant having knowingly and unlawfully re-entered, without the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to his reapplying for admission into the United States from a place outside the United States;

In violation of Title 8, United States Code, Section 1326(a).

Dated this 3rd day of December 2024.          A TRUE BILL.

_____<br>OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_/s/ Kate A. Rochat_____
KATE A. ROCHAT, OSB #184324
Assistant United States Attorney